

Richard C. Weinblatt
weinblatt@swdelaw.com

**VIA CM/ECF**

May 18, 2012

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

   RE: *United Access Technologies, LLC v. Frontier Communications Corp.,*
     C.A. No. 1:11-cv-00341-LPS

Dear Judge Stark:

Pursuant to the Court's Order of May 8, 2012, attached is the parties' proposed Protective Order for Your Honor's consideration. Where the parties have been unable to reach agreement, the proposed order contains the parties' competing views.

Counsel are available at the Court's convenience should Your Honor have any questions.

                Very truly yours,

                /s/ Richard C. Weinblatt

                Richard C. Weinblatt (#5080)
                of Stamoulis & Weinblatt LLC

cc:  All Registered Counsel (via CM/ECF)