# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED ACCESS TECHNOLOGIES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>FRONTIER COMMUNICATIONS )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 1:11-cv-00341-LPS<br><br><br><br>DEMAND FOR JURY TRIAL |

## **NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL**

PLEASE TAKE NOTICE that the appearance of Michael W. Shore, Alfonso G. Chan, Wei Wei, Jennifer M. Rynell and Russell DePalma of the law firm Shore Chan DePumpo LLP for Plaintiff United Access Technologies, LLC is hereby withdrawn. United Access Technologies, LLC continues to be represented by the law firm Stamoulis & Weinblatt LLC.

Dated: May 6, 2014    Respectfully submitted,

By: */s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
R Touhey Myer (#5939)
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Phone:  (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
myer@swdelaw.com

Attorneys for Plaintiff
**UNITED ACCESS TECHNOLOGIES, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2014, I electronically filed the above document with the Clark of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ *Richard C. Weinblatt*
Richard C. Weinblatt #5080